IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02092–WJM–KMT

JERYD CALER,

      Plaintiff,

v.

B. KEEGAN, in his individual and official capacities, and
P. GONZALEZ, in his individual and official capacities,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Strike Opposition to Defendants [sic] '12(b)(6) Motion to Dismiss'" (Doc. No. 11, filed Sept. 26, 2013) is DENIED.  Plaintiff's Motion does not set forth any basis for striking Defendants' Motion to Dismiss.  Instead, properly construed, Plaintiff's Motion constitutes a response in opposition to Defendants' Motion to Dismiss.  Accordingly, the court will still consider Plaintiff's Motion to the extent that it is responsive to Defendants' Motion to Dismiss.

Dated: September 30, 2013