IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02092–WJM–KMT

JERYD CALER,

    Plaintiff,

v.

B. KEEGAN, in his individual and official capacities, and
P. GONZALEZ, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Strike Opposition to Defendants [sic] '12(b)(6) Motion to Dismiss'" (Doc. No. 11, filed Sept. 26, 2013) is DENIED. Plaintiff's Motion does not set forth any basis for <u>striking</u> Defendants' Motion to Dismiss. Instead, properly construed, Plaintiff's Motion constitutes a <u>response</u> in opposition to Defendants' Motion to Dismiss. Accordingly, the court will still consider Plaintiff's Motion to the extent that it is responsive to Defendants' Motion to Dismiss.

Dated: September 30, 2013