**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-02092-WJM-KMT

JERYD CALER,

    Plaintiff,

v.

B. KEEGAN, in his individual and official capacity, and
P. GONZALEZ, in his individual and official capacity,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case and the Order Overruling Plaintiff's Objection, Adopting the December 4, 2013 Recommendation of the United States Magistrate Judge, and Granting Defendants' Motion to Dismiss Plaintiff's Claims, entered by the Honorable William J. Martínez, United States District Judge, on April 9, 2014,

IT IS ORDERED that the Recommendation of the Untied States Magistrate Judge (ECF No. 18), filed December 4, 2013, is ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED Plaintiff's claims are DISMISSED WITH PREJUDICE and Judgment is entered for Defendants and against the Plaintiff.  Each party shall bear his or her own attorney's fees and costs.

Dated at Denver, Colorado this __9th__ day of April 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: __s/Deborah Hansen__
Deborah Hansen, Deputy Clerk